JANUARY 23, 2012

No. 11M60.  TESSERA, INC. *v.* ITC ET AL.; and

No. 11M61.  SMITH ET VIR *v.* ABN AMRO MORTGAGE GROUP, INC., ET AL.  Motions for leave to file petitions for writs of certiorari under seal with redacted copies for the public record granted.

No. 11M62.  DAY *v.* UNITED STATES.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 10–1042.  FREEMAN ET AL. *v.* QUICKEN LOANS, INC.  C. A. 5th Cir.  [Certiorari granted, *ante,* p. 941.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–199.  VASQUEZ *v.* UNITED STATES.  C. A. 7th Cir. [Certiorari granted, *ante,* p. 1057.]  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.

No. 11–393.  NATIONAL FEDERATION OF INDEPENDENT BUSINESS ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.; and

No. 11–400.  FLORIDA ET AL. *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.  C. A. 11th Cir.  [Certiorari granted, *ante,* pp. 1033 and 1034.]  Motion of Freedom Watch for leave to participate in oral argument as *amicus curiae* and for divided argument denied.  JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 11–6521.  ABULKHAIR *v.* TOSKOS ET AL.  C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1051] denied.

No. 11–6645.  JOELSON *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 9th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1052] denied.

No. 11–7750.  GENA *v.* UNITED STATES.  C. A. 4th Cir.; and

No. 11–7910.  BERRETTINI *v.* UNITED STATES.  C. A. 3d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until February 13, 2012, within